■ In the Matter of Arline C. Wells, by Her Attorney-in-fact, Winene H. Zimmerman, Petitioner, v Monroe County Department of Social Services, Also Known as Monroe County Division of Social Services, by Kelly Reed, Commissioner, et al., Respondents. [932 NYS2d 742]—

Now, upon reading and filing the stipulation discontinuing action signed by the attorneys for the parties on June 7, 2011,

It is hereby ordered that said proceeding is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.